Eminent domain ; just compensation; requisition of vessels. On stipulations by the parties it was ordered that judgments, including compensation for delay in payment computed up to and including December 31, 1955, be entered for plaintiff in the following cases. Additional compensation for delay in payment subsequent to such date is allowed as indicated.
*983 On June 5, 1956

Amount added per day for delay in payment after December 31,

Docket No. Judgment 1965

49117--- $385, 140. 17 $28. 55681
49124--- 1,024,741.13 77.95239
49125--- 1, 045, 746. 39 79. 08487
49126*--- 265,638.94 19.53933
49127--- 906, 722. 50 68. 66018
49133--- 829, 638. 22 62. 84003
49134--- 824, 904. 05 62.29102
49136*--- 279, 694. 97 20. 55635
49137--- 704, 855. 01 53. 32631
49141*--- 256,516.42 18.90439
49145--- I, 788,566.92 59.65709
49146--- 776,595. 68 59. 06044
49150--- 696, 187. 57 53. 05537
49158--- 713, 303. 77 54. 48968
On June 26, 1956
49135--- 814, 258. 94 61. 67918

Judgment is in addition to that recovered in previous decision, 132 C. Cls. 246.